```
1  Vanessa R. Waldref
   United States Attorney
2  Eastern District of Washington
3  Michael J. Ellis
   Assistant United States Attorney
4  Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767
```

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 23 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES EDWARD KENSLER,<br><br>Defendant. | 2:24-CR-74-TOR-1<br><br>INDICTMENT<br><br>Vio:  18 U.S.C. §§ 117, 1153<br>Domestic Assault by Habitual<br>Offender in Indian Country |

The Grand Jury charges:

On or about May 1, 2024, in the Eastern District of Washington, within the external boundaries of the Kalispel Indian Reservation, in Indian Country, the Defendant, JAMES EDWARD KENSLER, an Indian, having previously been convicted on at least two separate prior occasions in Federal, State, or Indian tribal court proceedings for offenses that would be, if subject to Federal jurisdiction, any assault, sexual abuse, or serious violent felony against a spouse or intimate partner,

//
//
//

INDICTMENT – 1

1 | did intentionally commit a domestic assault against L.G., all in violation of
2 | 18 U.S.C. §§ 117, 1153.
3 |     DATED this 23rd day of May, 2024.
4 |
5 |                                    A TRUE BILL
6 |
7 |
8 |
9 |
10 |
11 | *Vanessa Waldref*
   | Vanessa R. Waldref
12 | United States Attorney
13 |
14 | *Michael Ellis*
15 | Michael J. Ellis
   | Assistant United States Attorney
16 |



INDICTMENT – 2